ORIGINAL

FILED
NOV 13 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MCKING CONSULTING CORPORATION,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 06-766 C

Judge: ____________

**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the United States Court of Federal Claims and 31 U.S.C. § 3553(d)(3)(a), McKing Consulting Corporation ("McKing") moves this Court for a preliminary injunction ordering Defendant United States, acting through the Human Resources and Services Administration ("HRSA") of the Department of Health and Human Services ("HHS"), to stay Professional & Scientific Associates, Inc.'s performance of Contract No. HHSH240F5806 (Head Start Regional Oral Health Experts Program) until McKing's October 6, 2006 GAO Protest is resolved or until this Court can decide the merits of McKing's Complaint.

Dated: November 13, 2006

Respectfully submitted,

By: ______________________________
Jessica C. Abrahams

McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756

Counsel of Record for Plaintiff McKing Consulting Corporation

Of Counsel:

Shari L. Klevens
Asa Garber
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500