ORIGINAL

FILED
NOV 13 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MCKING CONSULTING CORPORATION,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 06-766 C

Judge: ____________________

**APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65 of the United States Court of Federal Claims, McKing Consulting Corporation ("McKing") requests this Court to issue a temporary restraining order staying the performance of Contract No. HHSH240F5806 (Head Start Regional Oral Health Experts Program) by the United States, acting through the Human Resources and Services Administration ("HRSA") of the Department of Health and Human Services ("HHS"), until McKing's October 6, 2006 GAO Protest is resolved or until this Court resolves McKing's Complaint. Alternatively, McKing requests that this temporary restraining order be in effect until the Court hears and decides McKing's motion for preliminary injunction.

Dated: November 13, 2006

Respectfully submitted,

By: ______________________
Jessica C. Abrahams

McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756

Counsel of Record for Plaintiff McKing Consulting Corporation

Of Counsel:

Shari L. Klevens
Asa Garber
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500