**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MCKING CONSULTING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:06-CV-766<br><br>Judge: Mary Ellen Coster Williams |

**MOTION TO REQUEST PRO HAC VICE ADMISSION OF CO-COUNSEL**

Pursuant to Rule 83.1 of the Rules of the United States Court of Federal Claims, Plaintiff McKing Consulting Corporation respectfully moves the court for the *pro hac vice* admission of Shari L. Klevens and Asa Garber in the referenced action. Ms. Klevens is a member in good standing of the Bars of Virginia and the District of Columbia. Mr. Garber is a member in good standing of the Bar of the District of Columbia. In light of the foregoing, the Court should grant this motion and enter Ms. Klevens's and Mr. Garber's *pro hac vice* appearances in this matter.

Of Counsel:
Shari L. Klevens
Asa Garber
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

Dated: November 14, 2006

JESSICA C. ABRAHAMS

s/Jessica C. Abrahams
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756

Counsel of Record for Plaintiff McKing Consulting Corporation