# In the United States Court of Federal Claims

**No. 06-766C**
**(Bid Protest)**
**(Filed November 15, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**MCKING CONSULTING** *
**CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On November 14, 2006, Plaintiff filed a motion to request pro hac vice admission of Shari L. Klevens and Asa Garber in this matter. In accordance with RCFC 83.1, this motion is **GRANTED**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**