**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MCKING CONSULTING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:06-CV-766<br><br>Judge: Mary Ellen Coster Williams |

**MOTION TO WITHDRAW APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff McKing Consulting Corporation hereby moves the Court to withdraw Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction ("Application and Motion") filed on November 13, 2006 in the above-captioned action. Plaintiff's Application and Motion requested an order requiring Defendant United States, acting through the Human Resources and Services Administration of the Department of Health and Human Services, to abide by the mandatory stay requirements of the Competition in Contracting Act with respect to performance of the newly-awarded Contract No. HHSH240F5806 (Head Start Regional Oral Health Experts Program). On November 15, 2006, the Government Accountability Office ("GAO") issued a decision dismissing the Plaintiff's GAO protest. Because GAO's decision rendered moot the Application and Motion, Plaintiff hereby moves the Court to withdraw its Application and Motion.

Of Counsel:
Shari L. Klevens
Asa Garber
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006
(202) 496-7500

JESSICA C. ABRAHAMS

s/Jessica C. Abrahams
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, DC 20006
Tel: (202) 496-7500
Fax: (202) 496-7756

Counsel of Record for Plaintiff McKing
Consulting Corporation

Dated: November 17, 2006