# In the United States Court of Federal Claims

**No. 06-766C**
**(Bid Protest)**
**(Filed November 21, 2006)**

| | |
|---|---|
| **MCKING CONSULTING CORPORATION,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant,** | |
| **and** | |
| **PROFESSIONAL AND SCIENTIFIC ASSOCIATES, INC.,** | |
| **Intervenor.** | |

## ORDER OF DISMISSAL

WILLIAMS, Judge.

In this post-award bid protest Plaintiff McKing Consulting Corporation (McKing) challenges an agency's refusal to impose the statutory Competition in Contracting Act (CICA) stay in a bid protest filed with the Government Accountability Office (GAO).

On November 15, 2006, GAO dismissed Plaintiff's protest as untimely. It is beyond cavil that once GAO has dismissed the underlying protest, any peripheral challenge relating to the CICA stay in that GAO protest is rendered moot. [1]

---

[1] On November 17, 2006, Plaintiff filed a motion to withdraw its application for a temporary restraining order and motion for preliminary injunction in this action. That motion is dismissed as moot.

A challenge to the agency's failure to impose an automatic stay, just as a challenge to an

The Clerk is directed to dismiss this action without prejudice.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

override, is separate and distinct from a challenge to the underlying merits of the protest, which concerns a different agency action -- the award of a contract. This dismissal is without prejudice to Plaintiff filing a bid protest challenging the award.